**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | |
|---|---|
| JAY DEE/MOLE JOINT VENTURE  )<br> )<br>    Plaintiff,                      )<br> )<br>    v.                             )<br> )<br>MAYOR AND CITY COUNCIL OF  )<br>BALTIMORE, *et al*.                )<br> )<br>    Defendants.            )<br>_____) | Civil Action No. JFM 08 CV 1595 |

## DECLARATION OF THOMAS DIPONIO

Pursuant to 28 U.S.C. § 1746, I, THOMAS DIPONIO, declare as follows:

1. This declaration is made in support of JDM's Motion for Summary Judgment on Count I and Count II of Plaintiff's Complaint ("Motion for Summary Judgment"). I have knowledge of the matters stated herein and, if called as a witness, could competently testify thereto.

2. I am the President of Jay Dee Contractors, Inc. ("Jay Dee") and I was involved in the construction contract between the City of Baltimore ("COB") and Jay Dee/Mole Joint Venture ("JDM") known as the Lower Stony Run ("LSR") Interceptor Sanitation Project ("Project"), Contract No. 839R (the "Contract").

3. As a result of my role on the Project, I am familiar with the Contract for the Project and correspondence relating to the Project, including the materials referenced herein. I have also reviewed JDM's Statement of Undisputed Materials Facts ("SUMF"), which is being filed contemporaneously with the filing of this Declaration and JDM's Motion for Summary Judgment. Based upon my review of

the SUMF and the facts and circumstances described therein, I believe the SUMF to be a true and accurate statement of the facts material to JDM's Motion for Summary Judgment.

4. Jay Dee was established in 1965 and for over 40 years has specialized in heavy underground construction, earning a solid reputation in the industry for its quality performance. Jay Dee has successfully completed major underground projects across the United States. While the LSR Project (Contract No. 839R) was Jay Dee's first Project for the City of Baltimore, Jay Dee has performed work for clients on a national level, including the Metropolitan Water Reclamation District of Greater Chicago, the Milwaukee Metropolitan Sewerage District, the Northeast Ohio Regional Sewer District, the Metropolitan Sewer District of Greater Cincinnati, the Minnesota Metropolitan Council of Environmental Services, Mobil Oil Corporation, the U.S. Department of Army Corps of Engineers, Wayne County, Michigan, King County, Washington, Central Puget Sound Regional Transit Authority, Seattle, Washington and the cities of Chicago, Illinois; Dallas, Texas' Houston, Texas; Columbus, Ohio; Philadelphia, Pennsylvania; and Detroit, Michigan, as well as other federal, state and local agencies. As part of this work and for more than 30 years, Jay Dee has had extensive experience in, and successfully complied with, federal, state and local Minority/Women Business Enterprise ("M/WBE") laws.

5. On or about March 28, 2007, the COB accepted JDM's low, responsive bid and awarded JDM Contract No. SC 839R.

6. By Contract, the Baltimore City Department of Public Works ("DPW") set the MBE and WBE participation goals for the Project at 10% for each category, with an overall M/WBE goal of 20%. The COB failed to disclose that the COB's Minority/Women's Business Opportunity Office ("MWBOO") had recommended goals of 2% WBE and 4% MBE. The COB also failed to disclose its view that only 30% of the scope of Contract No. 839R was available for qualified M/WBEs.

7.      Ultimately, JDM entered into subcontracts with all of the M/WBEs listed in JDM's Statements of Intent, except RRC Contracting Utilities, Inc. ("RRC").  RRC and JDM did not reach an agreement on terms due to a fundamental and mutual misunderstanding of the scope of RRC's December 2006 Bid Proposal, which was a time and materials ("T&M") proposal.  A "T&M" contract is a form of open-ended cost reimbursement contract under which a contractor or subcontractor is paid to furnish construction resources (labor, material and equipment) without risk.  Payment under a T&M contract is computed based on direct labor hours at specified hourly rates and materials/equipment at cost plus a markup for overhead/handling costs.

8.      The COB summarily denied JDM's May 4, 2007 request to substitute RRC with another M/WBE subcontractor(s) and the MWBOO did not even respond to JDM's May 11, 2007 renewed substitution submittal or request for a conciliation meeting.  I followed up on the May 11, 2007 letter and called Mr. Corey to schedule a meeting.  I also e-mailed Mr. Corey to propose a meeting on May 16 or May 17, 2007.  Due to Mr. Corey's schedule, however, he was unable to meet with me.

9.      On or about May 18, 2007, DPW representatives called me to state that DPW was recommending that the COB-JDM Contract be annulled/terminated due to JDM's alleged failure to provide DPW copies of all M/WBE Subcontract agreements within 30 days of Contract Award. DPW stated that its recommendation was based on its (erroneous) position that Contract Special Condition 8 ("SC-8") required JDM to finalize, execute and submit all executed M/WBE "subcontract agreements" within 30 days of Contract Award.

10.     MWBOO did not submit to the Board of Estimates ("BOE") or JDM written findings and recommendations regarding JDM's alleged non-compliance.  Although the BOE was originally slated to consider DPW's Contract rescission recommendation at the BOE's June 13, 2007 Meeting, the issue

was deferred for one week and was heard by the BOE on June 20, 2007. For reasons articulated in detail in the SUMF and the exhibits attached thereto, the BOE erroneously and without justification terminated Contract No. 839R on June 20, 2007.

11. On July 1, 2007, the COB amended its standard Greenbook version of SC-8 to add the requirement that, along with the Contract, bonds and insurance, contractors are now (post-July 2007) required to submit M/WBE Subcontracts within the SC-8 30-day period. A redline comparing this modification to the earlier version of SC-8 in Contract No. 829R is set forth below:

**CONTRACTOR TO EXECUTE REQUIRED DOCUMENTS AND START WORK PROMPTLY**

The successful Bidder shall promptly execute <ins>and submit</ins> a formal Contract, <del>furnish</del><ins>all subcontract agreements in accordance with Article 5 Subtitle 28 of the Baltimore City Code, any and all contract documents specified in an Award letter,</ins> the required <del>bonds</del><ins>Bonds</ins>, and all insurance policies <del>and certificates</del> or certified copies thereof issued in favor of the Mayor and City Council of Baltimore, as provided in the Special Provisions, all of which shall be subject to the approval of the City <del>solicitor</del><ins>Solicitor</ins> as to form, terms and conditions. Failure to comply with these requirements within <del>ten</del><ins>thirty</ins> (<del>10</del><ins>30</ins>) <del>business</del><ins>calendar</ins> days after the Award shall be just cause for the annulment of the Award. It is understood and agreed that in the event of annulment of the Award, the <ins>Board of Estimates may require the</ins> Bidder <del>shall immediately</del><ins>to</ins> forfeit, to the use of the City, the amount of the certified check <del>and/or Bid bond</del> deposited with its Proposal, not as penalty, but as liquidated damages. As an alternative remedy, the City may elect to start the running of <del>the Contract</del><ins>contract</ins> time (without allowing the Contractor to start work) or to pursue any other remedy allowed to the City under the law or equity.

*Available at:*
http://cityservices.baltimorecity.gov/dpw/greenbook/APPENDIXE_GreenBookRevision.pdf

12. JDM has requested payment for its Contract work from March 28 to June 20, 2007, including the submission of supporting documentation evidencing the costs incurred and JDM's entitlement to payment. Despite JDM's well-supported request, the COB has failed and refused to pay JDM for this work or reimburse JDM for the costs incurred for activities performed as required by the Contract.

13. Attached as **Exhibit 1A** to JDM's SUMF is a true and accurate copy of the COB Tabulation of Bids dated September 13, 2006 for Contract No. 839R.

14. Attached as **Exhibit 1B** to JDM's SUMF is a true and accurate copy of the City of Baltimore - Department of Public Works - Sanitary Contract for Lower Stony Run Interceptor - Volume 1 of 2 (Contract No. 839R).

15. Attached as **Exhibit 1C** to JDM's SUMF is a true and accurate copy of the City of Baltimore, DPW - Specifications for Material, Highways, Bridges, Utilities and Incidental Structures.

16. Attached as **Exhibit 1D** to JDM's SUMF is a true and accurate copy of JDM's December 6, 2006 Bid/Proposal (Schedule of Prices) for the LSR Project, Contract No. 839R.

17. Attached as **Exhibit 1E** to JDM's SUMF is a true and accurate copy of the COB Tabulation of Bids dated December 6, 2006 for Contract No. 839R.

18. Attached as **Exhibit 1F** to JDM's SUMF is a true and accurate copy of an e-mail dated March 26, 2007 from Mark LaFave (JDM) to Thomas DiPonio (JDM) regarding Mobilization (Item 101) Cost Breakdown.

19. Attached as **Exhibit 1G** to JDM's SUMF is a true and accurate copy of an e-mail dated January 26, 2007 from Bob Dunning (RKK Engineers) to Jim Kiladis (RKK Engineers) regarding the Stony Run Interceptor Constructability Review.

20. Attached as **Exhibit 1H** to JDM's SUMF is a true and accurate copy of a letter dated March 28, 2007 from the COB (Linda Davis) confirming Award of LSR Contract No. 839R.

21. Attached as **Exhibit 1I** to JDM's SUMF is a true and accurate copy of the COB's Pre-Award review of JDM's Mobilization Price.

22. Attached as **Exhibit 2A** to JDM's SUMF is a true and accurate copy of JDM's Notice of Claim letter dated June 25, 2007 from JDM (Thomas DiPonio) to the COB (Michael Schultz and Paul Burgee).

23. Attached as **Exhibit 2B** to JDM's SUMF is a true and accurate copy of a letter dated July 19, 2007 from JDM (Abdul-Ghani Mekkaoui) to COB (Michael Schultz and Paul Burgee).

24. Attached as **Exhibit 2C** to JDM's SUMF is a true and accurate copy of JDM's Contract Claim – Statement of Details ("Claim") dated July 27, 2007.

25. Attached as **Exhibit 2D** to JDM's SUMF is a true and accurate copy of a letter dated August 3, 2007 from COB (Mike Schultz) to JDM (Thomas DiPonio) regarding COB's receipt of the Claim JDM submitted on July 27, 2007 pertaining to Sanitary Contract No. 839R. Other than this acknowledgment letter, JDM received no further response from DPW responding to or addressing any portion of JDM's Claim.

26. Attached as **Exhibit 2E** to JDM's SUMF is a true and accurate copy of a letter dated June 16, 2008 from JDM (Thomas DiPonio) to COB (Michael Schultz and Paul Burgee).

27. Between September 2007 and May 2008, JDM mitigated its actual Project costs. As a result, on or about June 16, 2008, JDM submitted to the COB an update to its Statement of Claim reflecting the reduction in claimed costs due to its mitigation efforts. This update highlighted that even if the termination were proper, COB still had a Contract obligation to pay JDM $646,588.77 for its actual setup and preliminary mobilization costs. Attached as **Exhibit 2F** to JDM's SUMF is a true and accurate copy of this updated claim submission, entitled Contract Claim Statement of Details (Updated Quantum) - Request for Contract Payment.

28. Attached as **Exhibit 3A** to JDM's SUMF is a true and accurate copy of a letter dated November 28, 2006 from RRC (Jennifer DiPietro) to JDM (Mark LaFave) regarding RRC's T&M Proposal to perform sitework and utilities for Contract No. 839R.

29. Attached as **Exhibit 3O** to JDM's SUMF is a true and accurate copy of a letter dated May 18, 2007 from JDM (Thomas DiPonio) to RRC (Jennifer DiPietro) regarding JDM's response to RRC's Subcontract Demands. The MWBOO did not respond to this letter.

30. Attached as **Exhibit 3P** to JDM's SUMF is a true and accurate copy of a letter dated May 21, 2007 from RRC (Jennifer DiPietro) to JDM (Thomas DiPonio).

31. Attached as **Exhibit 5A** to JDM's SUMF is a true and accurate copy of the COB MBE/WBE Code - Minority and Women's Business Enterprise (Baltimore City Code Article 5, Subtitle 28).

32. Attached as **Exhibit 5B** to JDM's SUMF is a true and accurate copy of the COB MWBOO- MBE/WBE Contract Goal Information Sheet for the LSR Project.

33. Attached as **Exhibit 5C** to JDM's SUMF is a true and accurate copy of the Mayor and City Council of Baltimore Minority and Women's Business Program - JDM Bidder Information and Forms, including JDM's M/WBE Participation Affidavit located on Form MWBE-9.

34. Attached as **Exhibit 5D** to JDM's SUMF is a true and accurate copy of an e-mail dated May 14, 2007 from JDM (Thomas DiPonio) to MWBOO (Thomas Corey) regarding M/BE status.

35. Attached as **Exhibit 5E** to JDM's SUMF is a true and accurate copy of the MWBOO-JDM Compliance Review dated December 14, 2006.

36. Attached as **Exhibit 5F** to JDM's SUMF is a true and accurate copy of the BOE Agenda for March 28, 2007.

37.     Attached as **Exhibit 5G** to JDM's SUMF is a true and accurate copy of a letter dated May 4, 2007 from JDM (Abdul-Ghani Mekkaoui) to MWBOO (Thomas Corey) regarding JDM's substitution submission for RRC.

38.     Attached as **Exhibit 5H** to JDM's SUMF is a true and accurate copy of a letter dated May 4, 2007 from RRC (Jennifer DiPietro) to MWBOO (Thomas Corey) regarding JDM's substitution submission.

39.     Attached as **Exhibit 5I** to JDM's SUMF is a true and accurate copy of an MWBOO (Eng Peng) memorandum dated May 4, 2007 regarding a telephone conversation with RRC.

40.     Attached as **Exhibit 5J** to JDM's SUMF is a true and accurate copy of a letter dated May 4, 2007 from JDM (Abdul-Ghani Mekkaoui) to MWBOO (Thomas Corey) regarding JDM's substitution submission for KO.

41.     Attached as **Exhibit 5K** to JDM's SUMF is a true and accurate copy of a letter dated May 7, 2007 from MWBOO (Thomas Corey) to JDM (Abdul-Ghani Mekkaoui) denying JDM's substitution submissions for KO and RRC.

42.     Attached as **Exhibit 5M** to JDM's SUMF is a true and accurate copy of a letter dated May 11, 2007 from JDM (Thomas DiPonio) to COB/MWBOO (Thomas Corey) regarding JDM's intent and plan to fulfill M/WBE goals.

43.     Attached as **Exhibit 5N** to JDM's SUMF is a true and accurate copy of a memorandum dated May 16, 2007 from MWBOO (Thomas Corey) to DPW (Shirley Williams) regarding JDM's alleged noncompliance.

44. Attached as **Exhibit 5O** to JDM's SUMF is a true and accurate copy of a letter dated June 7, 2007 from JDM (Neil Duke) to MWBOO (Thomas Corey) regarding JDM's M/WBE compliance. The COB did not provide a written response to this letter.

45. Attached as **Exhibit 5P** to JDM's SUMF is a true and accurate copy of a letter dated June 7, 2007 from Carp-Seca (Stephen Leius) to COB/DPW (Monica Wilson) regarding Carp-Seca's M/WBE subcontracting efforts.

46. Attached as **Exhibit 5Q** to JDM's SUMF is a true and accurate copy of the COB MBE/WBE Code (Revision dated November 27, 2007) - Minority and Women's Business Enterprises (Baltimore City Code Article 5, Subtitle 28).

47. Attached as **Exhibit 6A** to JDM's SUMF is a true and accurate copy of a letter dated June 11, 2007 from Harriette Taylor to BOE regarding DPW's Termination Recommendation.

48. Attached as **Exhibit 6B** to JDM's SUMF is a true and accurate copy of the COB BOE Agenda for June 13, 2007.

49. Attached as **Exhibit 6C** to JDM's SUMF is a true and accurate copy of the BOE June 20, 2007 Agenda regarding DPW's Termination Recommendation.

50. Attached as **Exhibit 6D** to JDM's SUMF is a true and accurate copy of a letter dated June 11, 2007 from JDM (Ober Kaler) to BOE Clerk (Harriette Taylor) regarding JDM's Protest of DPW's Annulment/Termination Recommendation.

51. Attached as **Exhibit 6E** to JDM's SUMF is a true and accurate copy of a letter dated June 12, 2007 from JDM (Ober Kaler) to BOE Clerk (Harriette Taylor) supporting JDM's Protest. The COB did not provide a written response to this letter.

52. Attached as **Exhibit 6F** to JDM's SUMF is a true and accurate copy of a letter from BOE Clerk (Harriette Taylor) to JDM (Ober Kaler) enclosing the transcript of the BOE Termination Hearing.

53. Attached as **Exhibit 6G** to JDM's SUMF is a true and accurate copy of a memorandum dated June 20, 2007 from COB/DPW (Jay Sakai) to BOE approving DPW's Termination Recommendation.

54. Attached as **Exhibit 6H** to JDM's SUMF is a true and accurate copy of a June 20, 2007 article from THE DAILY RECORD, entitled "*City Pulls Out of $41 Million Sewer Deal*."

55. Attached as **Exhibit 7A** to JDM's SUMF is a true and accurate copy of a letter dated April 24, 2007 from JDM (Thomas DiPonio) to DPW (Tara Macer) regarding Executed Contract and Payment/Performance Bonds.

56. Attached as **Exhibit 7D** to JDM's SUMF is a true and accurate copy of a letter dated May 17, 2007 from COB/DPW (Linda Davis) to JDM (Thomas DiPonio) regarding an alleged violation of SC-8.

57. Attached as **Exhibit 7E** to JDM's SUMF is a true and accurate copy of a letter dated May 23, 2007 from JDM (WTHF) to COB (Linda Davis) regarding JDM's initial response to DPW's Termination Recommendation. The COB did not provide a written response to this letter.

58. Attached as **Exhibit 7F** to JDM's SUMF is a true and accurate copy of a letter dated May 31, 2007 from JDM (WTHF) to COB (Linda Davis) regarding COB's misapplication of SC-8. The COB did not provide a written response to this letter.

59. Attached as **Exhibit 7G** to JDM's SUMF is a true and accurate copy of a memorandum dated June 5, 2007 from COB/DPW (Jay Sakai) to BOE requesting to annul the award of Contract No. 839R.

60. Attached as **Exhibit 7H** to JDM's SUMF is a true and accurate copy of a letter dated June 8, 2007 from JDM (WTHF) to COB (Leslie Winner and others) regarding JDM's objections to the Termination Recommendation. The COB did not provide a written response to this letter.

61. Attached as **Exhibit 7I** to JDM's SUMF is a true and accurate copy of a COB Memorandum of Meeting dated June 23, 2006 regarding a Pre-Bid Information Session.

62. Attached as **Exhibit 9L** to JDM's SUMF is a true and accurate copy of a January 27, 2007 e-mail between RKK (Jim Kiladis) and RKK (Bob Dunning) regarding the Stony Run Interceptor constructability review.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 19th day of January 2010.

/s/*
Thomas DiPonio

*Counsel hereby certifies that he has a signed copy of the foregoing document available for inspection at any time by the Court or a party to this action.*

MCLEAN 351864.3 102302.001